# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Preliminary/Detention

| | | | |
|---|---|---|---|
| Case Number: | 20mj1691 | UNITED STATES vs. Griego | |
| Hearing Date: | 10/7/2020 | Time In and Out: | 11:20 am -11:23 am |
| Courtroom Deputy: | C. Lopez | Courtroom: | ABQ-ZOOM |
| Defendant: | Adolpho Griego | Defendant's Counsel: | Marc Grano |
| AUSA: | Niki Tapia-Brito | Pretrial/Probation: | Sandra Day |
| Interpreter: | | Witness: | SA Michael Parten |

### Initial Appearance
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain     ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

### Preliminary/Show Cause/Identity
- ☒ Defendant waives Preliminary Hearing
- ☒ Court finds probable cause     ☐ Court does not find probable cause

### Detention
- ☒ Defendant waives Detention Hearing
- ☐

### Custody Status
- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

### Other
- ☐ Matter referred to ___ for Final Revocation Hearing
- ☐